CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 16 2017

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DOUGLAS R. MANNING, | ) | CASE NO. 7:17CV00103 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| WARDEN LARRY T. EDMONDS, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

The court has directed the clerk to attempt service of process on the defendant in this prisoner civil rights action under 42 U.S.C. § 1983. Plaintiff's separate motion for interlocutory injunctive relief, however, must be denied.

Plaintiff has moved the court to order prison officials not to transfer him during this lawsuit and to transport him to his civil hearing. To show grounds for a preliminary injunction, "[a plaintiff] must demonstrate that (1) [he is] likely to succeed on the merits; (2) [he] will likely suffer irreparable harm absent an injunction; (3) the balance of hardships weighs in [his] favor; and (4) the injunction is in the public interest." League of Women Voters of N.C. v. North Carolina, 769 F.3d 224, 236 (4th Cir. 2014) (citation omitted). No civil hearing is scheduled in this case, and plaintiff has no constitutional right to be housed in any particular prison. Olim v. Wakinekona, 461 U.S. 238, 245 (1983). Therefore, plaintiff fails to show grounds for the relief he seeks, and the court must deny his motion. An appropriate order will enter this day.

The Clerk is directed to send copies of this memorandum opinion and accompanying order to plaintiff.

ENTER: This 15th day of May, 2017.

_____
Chief United States District Judge